IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JOHN R. GRANO, JR. ) | |
| and ) | |
| CYNTHIA TAFT GRANO ) | |
| Plaintiffs, ) | Civil Action No. 3:20-cv-00065 |
| v. ) | |
| RAPPAHANNOCK ELECTRIC COOPERATIVE, ) A Virginia Nonstock Corporation, *et al.* ) | |
| Defendants. ) | |

**COMMONWEALTH DEFENDANTS' RULE 12(b)(1)
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendants Commonwealth of Virginia and Governor Ralph S. Northam, by counsel and pursuant to Federal Rule 12(b)(1), move to dismiss the Amended Complaint filed against them by John R. Grano, Jr. and Cynthia Taft Grano for lack of subject matter jurisdiction. The reasons supporting their motion are set forth in an accompanying, contemporaneously filed memorandum of law.

Respectfully submitted,

Commonwealth of Virginia
Governor Ralph S. Northam

By:       */s/ Robert B. McEntee, III*
           Robert B. McEntee, III (VSB No. 89390)
              *Assistant Attorney General*

1

| | |
|---|---|
| Mark R. Herring<br>    *Attorney General* | Office of the Attorney General<br>202 North Ninth Street |
| Samuel T. Towell<br>    *Deputy Attorney General* | Richmond, Virginia 23219<br>(804) 786-8198 – Telephone<br>(804) 371-2087 – Facsimile |
| Marshall H. Ross<br>    *Senior Assistant Attorney General/*<br>    *Trial Section Chief* | rmcenteeiii@oag.state.va.us |
| Jacqueline C. Hedblom<br>    *Assistant Attorney General/*<br>    *Unit Manager* | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record for the parties.

 */s/ Robert B. McEntee, III*
Robert B. McEntee, III