IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

JOHN R. GRANO, JR.

and

CYNTHIA TAFT GRANO,

    Plaintiffs,

v.

RAPPAHANNOCK ELECTRIC COOPERATIVE, et. al.

    Defendants.

Civil Action No.:
3:20cv0065

## STIPULATION OF DISMISSAL

Plaintiffs John R. Grano, Jr. and Cynthia Taft Grano and Defendant Rappahannock Electric Cooperative hereby stipulate, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action be dismissed with regard to all claims, causes of action, and parties remaining in the action under the Court's previous rulings (ECF Nos. 47, 48 and 70), with the parties to bear their own fees and costs.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED: December 30, 2021.

                    Respectfully submitted,

**JOHN R. GRANO, JR.**
**CYNTHIA TAFT GRANO**


        /s/ Joshua E. Baker
Joshua E. Baker, Esquire (VSB No.: 74302)
Brian G. Kunze, Esquire (VSB No.: 76948)
Blake A. Willis, Esquire (VSB No.: 93854)
WALDO & LYLE, P.C.
301 W. Freemason Street
Norfolk, VA 23510
Telephone: (757) 622-5812
Facsimile: (757) 622-5815
Email: jeb@waldoandlyle.com
       bgk@waldoandlyle.com
       baw@waldoandlyle.com
*Counsel for Plaintiffs, John R. Grano, Jr. and Cynthia Taft Grano*


**RAPPAHANNOCK ELECTRIC COOPERATIVE**


        /s/ Andrew P. Sherrod
Andrew P. Sherrod, Esquire (VSB No.: 45854)
Elizabeth C. Burneson, Esquire (VSB No.: 93413)
HIRSCHLER FLEISCHER,
A PROFESSIONAL CORPORATION
Post Office Box 500
Richmond, VA 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: asherrod@hirschlerlaw.com
       lburneson@hirscherlaw.com
*Counsel for Defendant Rappahannock Electric Cooperative*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the foregoing Stipulation of Dismissal have been served upon the following via the CM/ECF system on this 30th day of December 2021:

Andrew P. Sherrod
Elizabeth C. Burneson
HIRSCHLER FLEISCHER,
A PROFESSIONAL CORPORATION
Post Office Box 500
Richmond, VA 23218-0500
asherrod@hirschlerlaw.com
lburneson@hirscherlaw.com

Robert B McEntee, III
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
RMcEnteeIII@oag.state.va.us

        /s/ Joshua E. Baker
Joshua E. Baker, Esquire (VSB No.: 74302)
Brian G. Kunze, Esquire (VSB No.: 76948)
Blake A. Willis, Esquire (VSB No.: 93854)
WALDO & LYLE, P.C.
301 W. Freemason Street
Norfolk, VA 23510
Telephone: (757) 622-5812
Facsimile: (757) 622-5815
Email: jeb@waldoandlyle.com
      bgk@waldoandlyle.com
      baw@waldoandlyle.com